IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA J. SPRINGS,<br><br>        Plaintiff,<br><br>  v.<br><br>MERCK 7 COMPANY, INC.,<br><br>        Defendant.<br>_____/ | No. C 05-03205 JSW<br><br>**ORDER DISCONTINUING SERVICE BY MAIL** |

    In reviewing the file, it appears that counsel have failed to register for electronic service in this E-filing case. The Court will no longer serve these counsel by mail. If they wish to be served with documents generated by the Court, they must register pursuant to Local Rule 5-4 and General Order 45.

**IT IS SO ORDERED.**

Dated: September 22, 2005

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE