IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA J. SPRINGS, Individually, and as Successor-in-Interest to Marian C. Chapman, Decedent, and as Executor of the Estate of Marian C. Chapman,<br><br>Plaintiff,<br><br>v.<br><br>MERCK 7 COMPANY, INC., a corporation; McKESSON HBOC, a corporation; McKESSON CORPORATION, a corporation; PROCARE PHARMACY, a business entity; DOE PHARMACEUTICAL COMPANIES 1 through 50, INCLUSIVE; DOE PHARMACIES 51 through 100, inclusive; and DOES 101 through 200, inclusive,<br><br>Defendants. | No. C 05-03205 JSW<br><br>**ORDER RE BRIEFING SCHEDULE FOR PENDING MOTIONS** |

The Court having received Defendant's motion to stay and Plaintiff's motion to remand, finds that both motions should be addressed on December 16, 2005 at 9:00 a.m.  Therefore, the hearing date for Defendant's motion to stay of December 2, 2005 at 9:00 a.m. is HEREBY VACATED.  The Case Management Conference, currently set for December 9, 2005 at 1:30 p.m. is HEREBY CONTINUED to December 16, 2005 at 9:00 a.m., immediately following the hearing on the outstanding motions.

In addition, the Court HEREBY ORDERS that both parties' opposition briefs shall be due on October 28, 2005, and the parties' replies, if any, shall be due on November 4, 2005.  If the Court determines that the matter is suitable for resolution without oral argument, it will so

advise the parties in advance of the December 16, 2005 hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

In addition, the Court finds that Plaintiffs have filed the identical motion to remand four times. Therefore, docket entries numbers 7, 18 and 19 are terminated as duplicative.

**IT IS SO ORDERED.**

Dated: October 14, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE